# UNITED STATES DISTRICT COURT
## Western District of North Carolina

UNITED STATES OF AMERICA

       vs.                        Crim. No. 0419  3:10CR00249-2

Taneisha Maree Reynolds

On May 25, 2011, the above named was placed on Supervised Release for a period of two years.  She has complied with the rules and regulations of Supervised Release and is no longer in need of supervision.  It is accordingly recommended that Taneisha Maree Reynolds be discharged from supervision.

Respectfully submitted,

by  s/Chelsey Padilla
    Chelsey Padilla
    U. S. Probation Officer
    200 S. College St
    Suite 1650
    Charlotte , NC  28202
    704-350-7652

Approved By:

s/ Lisa G. Morris
Lisa G. Morris
Supervising U.S. Probation Officer

## ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant be discharged from Supervised Release and that the proceedings in the case be terminated.

Date: February 20, 2013

Robert J. Conrad, Jr.
Chief United States District Judge